IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**      **CIVIL ACTION**

**V.**     **NO. _____**

**PAYTON ROOFING, INC.**

---

## COMPLAINT

---

The United States of America (hereinafter "United States") files its Complaint against the Defendant, Payton Roofing, Inc., and hereby alleges the following.

### Parties

1. Plaintiff is the United States of America proceeding in its sovereign capacity.

2. Defendant is Payton Roofing, Inc., (Payton), a corporation organized under the laws of Florida and domiciled at 3851 NW 126 Avenue, Coral Springs, Fl. 33065.

### Jurisdiction and Venue

3. This is an action brought to recover civil penalties owed by Payton to the United States Department of Labor, Occupational Health and Safety Administration ("OSHA") for violations of the Occupational Health and Safety Act of 1970 ("the Act"), 29 U.S.C. § 651 *et seq.*, and regulations promulgated thereunder. This Court has jurisdiction over the matter pursuant to 28 U.S.C. § 1345 and 29 U.S.C. § 666(l), which authorizes civil actions to recover OSHA penalties and further authorizes such actions to be brought in the district where the violations occurred or where the defendant has its principal office.

4. Venue is proper in this judicial district under 28 U.S.C. § 1391(b) and 29 U.S.C. § 661(l) since defendant is domiciled in this judicial district.

**Claim for Relief**

**Count I**

5.	On or about October 19, 2017, the Occupational Safety and Health Review Commission issued a Decision and Order arising from two separate investigations, Nos. 1128469 and 1128473 conducted by the Occupational Safety and Health Administration (OSHA). A copy of the administrative Decision and Order is attached as Exhibit "A". The Secretary of Labor was represented by Counsel.  Tim Payton represented the Respondent Payton Roofing Inc. but did not appear at the trial or file a post-trial brief.  A total penalty of $14,700.00 was assessed. Certificate of Indebtedness is attached as Exhibit B.

6.	The defendant did not seek administrative or judicial review of the final penalty, and the time to do so has expired.  *See* 29 U.S.C. 660.

9.	Despite having been served with a demand for payment of the penalties, Payton failed to pay.

10.	Interest, penalties, and United States Treasury and Department of Justice fees through June 8, 2022 bring the total amount due as of June 8, 2022 to $25,959.52. Additional interest, penalties, and fees accrue.

11.	Section 666(l) of the Act provides that civil penalties imposed under the Act may be recovered in a civil action brought by the United States.

12.	In judicial proceedings brought under the section 666(l), a defendant who fails to contest an OSHA citation is precluded from contesting the merits of the underlying violations.  *See* U.S.C. 659(a).  Accordingly, this proceeding is in the nature of a civil collection action only, and the appropriateness of OSHA's determination to impose a penalty is not subject to review.

**Demand for Relief**

*USA v. PAYTON ROOFING*

**WHEREFORE**, the United States requests judgment against Payton Roofing, Inc., in the amount of $25,959.52. plus costs of suit as authorized by 28 U.S.C. § 1914(a), and for such other proper relief as this court may deem just.

Dated this 29th day of **July**, 2022.  Respectfully submitted,

By: _____
Steven M. Davis, (Florida Bar No. 894249)

Email: sdavis@beckerlawyers.com
Becker & Poliakoff, P.A.
121 Alhambra Plaza, 10th Floor
Coral Gables, FL 33134
Telephone: (305)262-4433
Facsimile: (305) 442-2232
Attorneys for Plaintiff United States of America

22294899v.1